AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

**FILED**
**IN CLERK'S OFFICE**
**U S DISTRICT COURT E D N Y**

★   DEC 0 8 2015   ★

**LONG ISLAND OFFICE**

United States of America )
v. )
Arden M. Malone )     Case No:   2:08-CR-0322-004 (LDW)
)
)     USM No:   72150-053
)
Date of Original Judgment:          08/08/2011     )
Date of Previous Amended Judgment:               )     Frank Doddato, Esq. (CJA)
*(Use Date of Last Amended Judgment if Any)*                  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of      140                          months **is reduced to**      120      months                          .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated      08/08/2011      shall remain in effect.
**IT IS SO ORDERED.**

Order Date:        12/08/2015

s/ Leonard D. Wexler

*Judge's signature*

Effective Date:      12/08/2015
*(if different from order date)*

Leonard D. Wexler, Senior United States District Court Judge
*Printed name and title*